UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 12-30031-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| COLE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO UNSEAL PETITION AND AFFIDAVIT

The United States of America, by and through Andrew E. Lelling, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney (the "Government"), hereby files the instant Motion To Unseal Petition And Affidavit (the "Motion"). As grounds for the instant Motion, the Government states as follows:

1. On July 8, 2016, the Probation Department filed a Petition and Affidavit for Warrant or Summons for Offender Under Supervision, alleging that the defendant Cole Williams (the "defendant") violated various conditions of supervised release, including by committing another crime.  Document 92 (*Ex Parte*).  On July 13, 2016, United States District Judge Mark G. Mastroianni granted the petition and issued a warrant.  Document 93 (*Ex Parte*).

2. On October 29, 2018, the defendant was arrested pursuant to the warrant, and is currently being held in custody in the Eastern District of New York, where his initial appearance is scheduled for 2:00 p.m.

For the foregoing reasons, the Government respectfully request that the Court grant the Motion and unseal the Petition and Affidavit and all related paperwork.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

         */s/ Steven H. Breslow*
        STEVEN H. BRESLOW
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

Hampden,  ss.      Springfield, Massachusetts
         October 29, 2018

  I, Steven H. Breslow, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

         */s/ Steven H. Breslow*
        STEVEN H. BRESLOW
        Assistant United States Attorney